1  STEPHEN L. DAVIS (State Bar No. 149817)
   MARK R. LEONARD (State Bar No. 219186)
2  DAVIS & LEONARD, LLP
   8880 Cal Center Drive
3  Suite 180
   Sacramento, California 95826
4  Telephone: (916) 362-9000
   Fax: (916) 362-9066
5  E-mail: mleonard@davisandleonard.com

6

7  Attorneys for Plaintiff
   Jason Isaksen

8

9             **UNITED STATES DISTRICT COURT**

10            **EASTERN DISTRICT OF CALIFORNIA**

11

12  JASON ISAKSEN, an individual,           CASE NO. CV. S-04-2240 WBS CMK

13        Plaintiff,                        STIPULATION AND [PROPOSED] ORDER
                                            RE: MODIFICATION OF PRETRIAL
14     v.                                   SCHEDULING ORDER

15
    MAZU PUBLISHING COMPANY, an Oregon
16  Corporation, and MATTHEW GAGNON, an
    individual,
17
          Defendants.
18

19
          The parties to the above action hereby apply for an order providing that the parties
20
    shall have until November 30, 2005, to complete discovery and December 5, 2005, to file
21
    motions. The parties also request that the final pre-trial conference be held on or after
22
    January 23, 2005 at 10:00 a.m., with the jury trial to begin on or after March 7, 2006 at
23
    9:00 a.m.
24
          The parties' application is based on the following: The parties have conducted
25
    substantial discovery in the case, but prior to undertaking depositions, which would require
26
    out-of-state travel by the parties' counsel, the parties began settlement negotiations in the
27
    hope of resolving this matter before incurring significant additional expenses. Those
28
    negotiations are continuing and are likely to continue beyond the current discovery cut off

-1-

STIPULATION AND PROPOSED ORDER

1  date of September 19, 2005.  The parties believe that good cause exists for modifying the
2  current scheduling order deadlines because, if the settlement negotiations are not
3  successful, the new deadlines will permit the parties to complete their discovery while still
4  allowing an expeditious resolution of the case.
5
6       Dated:  September 13, 2005.
7                                       DAVIS & LEONARD, LLP
8
9                                       s/ Mark R. Leonard
                                        Mark R. Leonard
10                                      Attorney for Plaintiff
                                        Jason Isaksen
11
12
13      Dated:  September 13, 2005.
                                        ANTHONY DEGIDIO
14                                      ATTORNEY AT LAW
15
16
                                        s/ Anthony J. DeGidio
17                                      Anthony J. DeGidio
                                        Attorney for Defendants
18                                      Matthew Gagnon and Mazu Publishing Co.
19
20      Dated:  September 13, 2005.
21                                      MALOVOS & MENDOZA, LLP
22
23                                      s/ Joanna R. Mendoza
                                        Joanna R. Mendoza
24                                      Attorney for Defendants
                                        Matthew Gagnon and Mazu Publishing Co.
25
26
27
28

1  GOOD CAUSE APPEARING, IT IS SO ORDERED:

2  The discovery cutoff date in this matter shall be continued until November 30,

3  2005, and the deadline to file motions shall be December 5, 2005. The final pre-trial

4  
5  conference shall be held on   January 30   , 2006 at 10:00 a.m., with the jury trial to

6  begin   March 21   , 2006, at 9:00 a.m.

7  Dated: September 14, 2005

8  _____
    WILLIAM B. SHUBB
9   UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER