1  STEPHEN L. DAVIS (State Bar No. 149817)
   MARK R. LEONARD (State Bar No. 219186)
2  DAVIS & LEONARD, LLP
   8880 Cal Center Drive
3  Suite 180
   Sacramento, California 95826
4  Telephone: (916) 362-9000
   Fax: (916) 362-9066
5  E-mail: mleonard@davisandleonard.com

6

7  Attorneys for Plaintiff
   Jason Isaksen

8

9                     **UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| JASON ISAKSEN, an individual, | CASE NO. CIV S-04-2240 WBS CMK |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE PLAINTIFFS' COMPLAINT AGAINST DEFENDANTS AND [PROPOSED] ORDER THEREON. |
| v. | |
| MAZU PUBLISHING COMPANY, an Oregon Corporation, and MATTHEW GAGNON, an individual, | |
| Defendants. | |

        IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, as provided by Federal Rules of Civil Procedure 41(a)(1) that plaintiff Jason Isaksen dismisses the above-captioned action with prejudice.

//
//
//
//
//

1

STIPULATION FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated:  April 20, 2006.

2                                                                 DAVIS & LEONARD, LLP

3

4                                                                 /s/ Mark R. Leonard
   　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mark R. Leonard
5                                                                 Attorney for Plaintiff
   　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jason Isaksen
6

7

8  Dated:  April 20, 2006.

9                                                                 ANTHONY DEGIDIO
   　　　　　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY AT LAW
10

11                                                                /s/ Anthony J. DeGidio
   　　　　　　　　　　　　　　　　　　　　　　　　　　　　Anthony J. DeGidio
12                                                                Attorney for Defendants
   　　　　　　　　　　　　　　　　　　　　　　　　　　　　Matthew Gagnon and Mazu Publishing Co.
13

14

15 Dated:  April 20, 2006.

16                                                                MALOVOS & MENDOZA, LLP

17

18                                                                /s/ Joanna R. Mendoza
   　　　　　　　　　　　　　　　　　　　　　　　　　　　　Joanna R. Mendoza
19                                                                Attorney for Defendants
   　　　　　　　　　　　　　　　　　　　　　　　　　　　　Matthew Gagnon and Mazu Publishing Co.
20

21

22

23

24

25

26

27

28

2

STIPULATION FOR DISMISSAL WITH PREJUDICE
PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having considered the above Stipulation for Dismissal with Prejudice, and good cause appearing therefor, the Stipulation shall become and hereby is an Order of this Court.

**IT IS SO ORDERED.**

Dated:  April 20, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com